UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20500-CR-DPG

**UNITED STATES OF AMERICA,**

vs.

**SHEILA CHERFILUS-MCCORMICK, et al.,**

      **Defendants.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Gabrielle Raemy Charest-Turken, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                                              Respectfully submitted,

                                                              JASON A. REDING QUIÑONES
                                                              UNITED STATES ATTORNEY

By:   *s/ G. Raemy Charest-Turken*
       Gabrielle Raemy Charest-Turken
       Assistant United States Attorney
       Florida Bar No. 15939
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9365
       E-mail: Gabrielle.Charest-Turken@usdoj.gov