**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20500-CR-GAYLES**

UNITED STATES OF AMERICA

v.

SHEILA CHERFILUS-MCCORMICK,
EDWIN CHERFILUS,
NADEGE LEBLANC,
DAVID KOFI SPENCER,

    Defendants.

_____/

**ORDER GRANTING JOINT UNOPPOSED MOTION TO CONTINUE TRIAL**

**THIS CAUSE** came before the Court on Defendants' Joint Unopposed Motion to Continue Trial [ECF No. 53]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Continue Trial is **GRANTED**. The interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance C *i.e*., from the date the Motion was filed, January 20, 2026, to and including the date trial commences C is excludable time under the Speedy Trial Act.  *See* 18 U.S.C. ' 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on **April 20, 2026.** A calendar call will be held on **Wednesday April 15, 2026, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their

appearances telephonically using the following dial-in information: Dial-in Number **305-990-2559**; **ID; 374050271#**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 20, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record