UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-20500-CR-GAYLES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID KOFI SPENCER, ET. AL,

      Defendant.

_____/

## **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

COMES NOW the Defendant, David Kofu Spencer, by and through his undersigned counsel and files this Unopposed Motion for Permission to Travel outside the Southern District of Florida and as grounds therefore would state as follows:

1.      Defendant respectfully requests permission to travel for business purposes.

2.      Defendant will be traveling to Atlanta, GA from July 16th to July 19th, flight confirmation #JPLLDL, and will be staying at the Hilton Atlanta at 255 Courtland Street NE, Atlanta, Georgia 30303.

3.      Undersigned has discussed this request with AUSA Alejandra Lopez, who has indicated that the government does not object.

WHEREFORE, Defendant, David Kofi Spencer, respectfully requests that this Honorable Court grant this Unopposed Motion for Permission to Travel.

Respectfully submitted,

BOYD RICHARDS PARKER
COLONNELLI, P.L

100 S.E. 2nd Street, Suite 2600
Miami, Florida 33131
Tel.: (786) 425-1045
Fax: (786) 425-3905
By: /s/ *Manuel L. Casabielle*
**Manuel L. Casabielle, Esq.**
Florida Bar No. 353213
mcasabielle@boydlawgroup.com
*(CJA Counsel for Defendant, David Spencer)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all

counsel of record.

By: *Manuel Casabielle, Esq.*
MANUEL CASABIELLE, ESQ.
Florida Bar Number 353213