**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20500-Gayles/Shaw-Wilder-4**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID KOFI SPENCER,**

     **Defendant.**

_____/

**GOVERNMENT'S CLARIFICATION OF ITS POSITION AS TO**
**DAVID KOFI SPENCER'S MOTION TO TRAVEL [ECF NO. 80]**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby makes the following clarification of its position regarding defendant David Kofi Spencer's[ ("Spencer['s]) Motion to Travel (ECF No. 80) (the "Motion"). Accordingly, the United States avers as follows:

**The Government's Position**

Spencer accurately informed the Court that the United States does not have an objection to his travel for work purposes to Atlanta, Georgia. However, Spencer did not include the Government's conditions for its lack of opposition.

When Spencer conferred with the undersigned Assistant United States Attorney on July 14, 2026, that the Government stated it would not object to Spencer's travel as long as he:

    (1) Gave United States Probation his complete flight, travel, and hotel information;

    (2) Reported to his Probation officer while in Atlanta, as directed by United States Probation; and

(3) Reported to United States Probation upon his return to the Southern District of Florida.

*See Email between Assistant United States Attorney Alejandra López and Marlon Zelaya and Manuel Casabielle, Esquire, July 14, 2026.*

As the Government's full position was not included in the Defendant's Motion, the United States asked counsel via email on July 14, 2026 at approximately 3:30 p.m. to advise if an amended Motion could be filed by Spencer to include the above-mentioned conditions.  Having received no response, the United States now files this clarification.

## CONCLUSION

WHEREFORE, the United States respectfully files the clarification of its position to David Kofi Spencer's Motion to Travel.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/*Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Florida Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2026, I electronically filed the foregoing document with the Clerk of the Court via Cm/ECF, which caused a copy to be served upon counsel for the Defendant, Manuel Casabielle, Esquire.

 /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney

2