UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-20500-CR-GAYLES

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID KOFU SPENCER, ET. AL,

Defendant.
_______________________________________/

**DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW the Defendant, David Kofu Spencer, ("Defendant" or "Spencer)" by and through his undersigned counsel pursuant to 18 U.S.C. § 3006A(e) and Southern District of Florida Local Rule 5.4, respectfully moves this Honorable Court for leave to file under seal Defendant's Exparte Motion for Appointment of Expert and Authorization of the Costs Above the Standard CJA Rates, and in support thereof states as follows:

1. Undersigned counsel was appointed to represent Defendant pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.
2. In connection with the preparation of Defendant's defense, undersigned counsel seeks authorization for expert services pursuant to 18 U.S.C. § 3006A(e).
3. Defendant intends to submit an Exparte Motion for Appointment of Expert and Authorization of the Costs Above the Standard CJA Rates, which contains confidential information relating to defense preparation, anticipated expert services, and counsel's assessment of matters relevant to Defendant's defense.

4. Public disclosure of the information contained in the proposed motion could reveal confidential defense strategy and attorney work product, potentially prejudicing Defendant's ability to prepare and present an effective defense.
5. The requested sealing is necessary to protect Defendant's confidential defense preparations and is narrowly tailored to the specific motion and supporting documentation. Defendant does not seek to seal any other portion of the Court's record.
6. Accordingly, good cause exists to permit Defendant to conventionally submit the, Exparte Motion for Appointment of Expert and Authorization of the Costs Above the Standard CJA Rates together with any supporting documentation, under seal, subject to the Court's authorization and applicable filing procedures.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter an Order granting Defendant leave to conventionally submit under seal the Exparte Motion for Appointment of Expert and Authorization of the Costs Above the Standard CJA Rates, together with any supporting documentation, and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**BOYD RICHARDS PARKER COLONNELLI, P.L**

100 S.E. 2nd Street, Suite 2600
Miami, Florida 33131
Tel.: (786) 425-1045
Fax: (786) 425-3905
By: /s/ *Manuel L. Casabielle*

**Manuel L. Casabielle, Esq.**
Florida Bar No. 353213

mcasabielle@boydlawgroup.com
*(CJA Counsel for Defendant, David Spencer)*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all counsel of record.

By: *Manuel Casabielle,*
MANUEL CASABIELLE, ESQ.
Florida Bar Number 353213